**Dismissed and Opinion Filed January 16, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01097-CV

### IN THE INTEREST OF G.E. AND S.E., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-15472**

## MEMORANDUM OPINION
Before Justices Lang, Brown, and Whitehill
Opinion by Justice Lang

Appellant's brief in this case is overdue. By postcard dated December 5, 2017, we notified appellant the time for filing her brief had expired. We directed appellant to file both her brief and an extension motion within ten days. We cautioned appellant that failure to file her brief and extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief, an extension motion, or otherwise corresponded with the Court regarding the status of her brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b),(c).

/Douglas S. Lang/

171097F.P05

DOUGLAS S. LANG
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF G.E. AND S.E., CHILDREN

No. 05-17-01097-CV

On Appeal from the 254th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-11-15472.
Opinion delivered by Justice Lang. Justices Brown and Whitehill participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 16th day of January, 2018.